# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD SEEKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, DENNIS A. MUILENBURG, and GREGORY D. SMITH,<br><br>Defendants. | Case No. 1:19-cv-02394<br><br>CLASS ACTION<br><br>Honorable John J. Tharp, Jr |
| MERCER BUSCH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, DENNIS A. MUILENBURG, GREGORY D. SMITH, and KEVIN McALLISTER,<br><br>Defendants. | Case No. 1:19-cv-03548<br><br>CLASS ACTION<br><br>Honorable Jorge L. Alonso |

## MOTION OF ALI ALIBRAHIM FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL

Ali Alibrahim ("Movant"), by and through his counsel, respectfully moves this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (emailed to chambers): (1) consolidating the above-captioned actions (the "Actions"); (2) appointing Movant as Lead Plaintiff on behalf of all persons that purchased or otherwise acquired The Boeing Company ("Boeing" or the "Company") securities during the Class Period (defined in these Actions as January 8, 2019 and May 8, 2019, inclusive); (3) approving

Movant's selection of counsel as Lead Counsel and Liaison Counsel; and (4) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Movant submits a Memorandum of Points and Authorities, the Declaration of Anthony F. Fata and exhibits attached thereto, the pleadings, and other filings herein and such other written or oral arguments as may be presented to the Court.

This motion is made on the grounds that Movant is the most adequate plaintiff, as defined by the PSLRA, based on his losses of approximately $235,745 suffered as a result of Defendants' wrongful conduct as alleged in the Actions. Further, Movant satisfies the relevant requirements of Federal Rule of Civil Procedure 23 because his claims are typical and he will fairly and adequately represent the interests of the class.

Dated: June 7, 2019                               Respectfully submitted,

/s/ *Anthony F. Fata*

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Anthony F. Fata
Christopher P.T. Tourek
150 S. Wacker, Suite 3000
Chicago, IL 60606
Phone: (312) 782-4880
afata@caffertyclobes.com
ctourek@caffertyclobes.com

*Liaison Counsel for Movant and [Proposed] Liaison Counsel for the Class*

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole*
55 Broadway, 10th Floor
New York, NY 10006
Phone: (212) 363-7500
gnespole@zlk.com

*\*pro hac vice to be submitted*

*Counsel for Movant and [Proposed] Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I, Anthony F. Fata, the undersigned attorney, hereby certify that on the 7th day of June, 2019, I caused to be served a copy of the within and **Motion Of Ali Alibrahim For Consolidation Of The Actions, Appointment As Lead Plaintiff, And Approval Of Selection Of Counsel** via the Court's CM/ECF system, on all counsel of record.

/s/ *Anthony F. Fata*
Anthony F. Fata