# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD SEEKS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, DENNIS A. MUILENBURG, and GREGORY D. SMITH,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-02394<br><br>Honorable John J. Tharp, Jr. |
| MERCER BUSCH, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, DENNIS A. MUILENBURG, GREGORY D. SMITH, and KEVIN McALLISTER,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-03548<br><br>Honorable John J. Tharp, Jr. |

**MOTION OF ROBERT W. KEGLEY SR., AS TRUSTEE OF THE ROBERT W. KEGLEY SR. REVOCABLE LIVING TRUST U/A DTD 04/16/2003, FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT <u>AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL</u>**

Putative class member Robert W. Kegley Sr. ("Kegley"), as Trustee of the Robert W. Kegley Sr. Revocable Living Trust U/A DTD 04/16/2003, hereby moves this Court for entry of an Order: (1) consolidating the above-captioned actions and any related securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (2) appointing Kegley as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B); (3) approving the selection of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") as Lead Counsel and Caffarelli & Associates Ltd. ("Caffarelli") as Liaison Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper.[1]

This Motion is made on the grounds that Kegley believes that he is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Kegley believes that he has the largest financial interest in the relief sought by the class in the above-captioned actions by virtue of, among other things, the significant losses Kegley suffered in connection with his transactions in The Boeing Company securities. Kegley also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other class members' claims and because he will fairly and adequately represent the interests of the class.

Kegley respectfully requests oral argument.

This Motion is supported by the accompanying Memorandum of Law, the Declaration of Sharan Nirmul and exhibits annexed thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

---

[1] All references to "Robert W. Kegley Sr." or "Kegley" in this litigation are to Robert W. Kegley Sr. in his capacity as trustee of the Robert W. Kegley Sr. Revocable Living Trust U/A DTD 04/16/2003.

WHEREFORE, Kegley respectfully requests that the Court: (1) consolidate the above-captioned actions and any related securities class actions; (2) appoint Kegley as Lead Plaintiff; (3) approve the selection of Kessler Topaz as Lead Counsel and Caffarelli as Liaison Counsel for the class; and (4) grant such other relief as the Court may deem just and proper.

Dated: June 10, 2019

Respectfully Submitted,

**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**

*/s/ Sharan Nirmul*
Sharan Nirmul
Naumon A. Amjed
Ryan T. Degnan
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
snirmul@ktmc.com
namjed@ktmc.com
rdegnan@ktmc.com

*Counsel for Robert W. Kegley Sr., as Trustee of the Robert W. Kegley Sr. Revocable Living Trust U/A DTD 04/16/2003, and Proposed Lead Counsel for the Class*

**CAFFARELLI & ASSOCIATES LTD.**
Alejandro Caffarelli
Madeline K. Engel
224 South Michigan Avenue, Suite 300
Chicago, IL 60604
Telephone: (312) 763-6880
acaffarelli@caffarelli.com
mengel@caffarelli.com

*Proposed Liaison Counsel for the Class*

2