# **EXHIBIT B**

**Robert W. Kegley Sr. Revocable Living Trust U/A DTD 04/16/2003**
**LIFO Losses in The Boeing Company**
Class Period: 1/8/2019 - 5/8/2019

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/19/2019 | 7,829 | $416.20 | $3,258,429.80 | Sale | 3/13/2019 | 4,900 | $375.01 | $1,837,549.00 |
| Purchase | 2/19/2019 | 360 | $416.20 | $149,832.00 | Sale | 3/13/2019 | 100 | $375.02 | $37,502.00 |
| Purchase | 2/20/2019 | 24 | $420.71 | $10,097.04 | Sale | 3/14/2019 | 3,930 | $373.01 | $1,465,929.30 |
| Purchase | 2/20/2019 | 1,787 | $420.76 | $751,889.36 | Sale | 3/14/2019 | 50 | $373.01 | $18,650.50 |
| Purchase | 2/21/2019 | 5,000 | $416.01 | $2,080,050.00 | Sale | 3/14/2019 | 200 | $373.03 | $74,606.00 |
| Purchase | 3/6/2019 | 5,000 | $425.50 | $2,127,500.00 | Sale | 3/14/2019 | 200 | $373.04 | $74,608.02 |
| | | | | | Sale | 3/14/2019 | 100 | $373.05 | $37,305.00 |
| | | | | | Sale | 3/14/2019 | 500 | $373.04 | $186,520.05 |
| | | | | | Sale | 3/14/2019 | 20 | $373.07 | $7,461.40 |
| | | | | | Sale | 3/19/2019 | 8,453 | $375.25 | $3,171,988.25 |
| | | | | | Sale | 3/19/2019 | 620 | $375.26 | $232,661.20 |
| | | | | | Sale | 3/19/2019 | 2 | $375.27 | $750.54 |
| | | | | | Sale | 3/19/2019 | 100 | $375.28 | $37,528.00 |
| | | | | | Sale | 3/19/2019 | 100 | $375.29 | $37,529.00 |
| | | | | | Sale | 3/19/2019 | 300 | $375.32 | $112,596.00 |
| | | | | | Sale | 3/19/2019 | 425 | $375.28 | $159,494.00 |
| | | 20,000 | | $8,377,798.20 | | | 20,000 | | $7,492,678.26 |

*LIFO Losses in The Boeing Company* ($885,119.94)