UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD SEEKS, individually and on behalf of all others similarly situated, </br></br> Plaintiff </br></br> v. </br></br> THE BOEING COMPANY, DENNIS A. MUILENBURG, and GREGORY D. SMITH, </br></br> Defendants | **No. 1:19-cv-02394** </br></br> **JURY TRIAL DEMANDED** |
| MERCER BUSCH, on behalf of himself and all others similarly situated, </br></br> Plaintiff </br></br> v. </br></br> THE BOEING COMPANY, DENNIS A. MUILENBURG, GREGORY D. SMITH, and KEVIN McALLISTER, </br></br> Defendants | **No. 1:19-cv-03548** </br></br> **JURY TRIAL DEMANDED** |

**THE WANG FAMILY'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD AND LIAISION COUNSEL**

Kenny K. Wang, his wife Kathleen Wang, and their son Kenny W. Wang ("the Wang Family") move this Court pursuant to the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u4(a)(3)(B) as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA") for an order: (1) consolidating the above-captioned cases (2) appointing the Wang Family Lead Plaintiffs pursuant to the PSLRA; (3) approving their selection of Kahn Swick & Foti, LLC ("KSF") as Lead Counsel for the putative Class and Miller Law LLC as liaison counsel; and (4) granting such other relief as the Court may deem just and proper. In support thereof, the Wang Family, states as follows:

1. Consolidation of the above-captioned (and now related) actions is appropriate pursuant to Fed. R. Civ. P. 42(a) as each of these cases arises out of the same operative facts and asserts similar claims for violations of Sections 10(b) and 20(a) of the Exchange Act and Rule 10b-5 promulgated thereunder.

2. The Wang Family, as Proposed Lead Plaintiff, has timely filed their motion and, pursuant to the PSLRA, are believed to be the investors with the largest financial interest in the outcome of the litigation. The Wang Family also meets the requirements of the PSLRA and Fed. R. Civ. P. 23 in that its claims are typical of the claims of the class, and it will fairly and adequately represent the interests of the class. The Wang Family's choice of counsel should be approved because KSF is a nationally recognized firm with extensive experience and expertise in securities fraud class actions. The Wang Family's choice of liaison counsel should also be approved because Miller Law LLC is a prominent Chicago law firm with comprehensive experience in commercial, securities, and class action litigation.

3. In further support of this Motion, the Wang Family relies on the accompanying Memorandum of Law and the Declaration of Ramzi Abadou filed herewith.

Dated: June 10, 2019            Respectfully submitted,

**The Wang Family**

*/s/ Ramzi Abadou*
Ramzi Abadou
**KAHN SWICK & FOTI, LLP**

912 Cole Street, # 251
San Francisco, CA 94117
Telephone:    504-455-1400
Facsimile:    504-455-1498
ramzi.abadou@ksfcounsel.com

Lewis Kahn
Alexander Burns
Alayne Gobeille
**KAHN SWICK & FOTI, LLC**

1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone:    504-455-1400
Facsimile:    504-455-1498
lewis.kahn@ksfcounsel.com
alexander.burns@ksfcounsel.com
alayne.gobeille@ksfcounsel.com

*Proposed Lead Counsel for the Class*

Marvin A. Miller
Andrew Szot
**MILLER LAW LLC**

115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone:    312-332-3400
Facsimile:    312-676-2676
mmiller@millerlawllc.com
aszot@millerlawllc.com

*Proposed Liaison Counsel for the Class*

2