**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RICHARD SEEKS, individually and on behalf of all others similarly situated, ) ) ) Plaintiff ) ) v. ) ) THE BOEING COMPANY, DENNIS A. MUILENBURG, and GREGORY D. SMITH, ) ) ) ) Defendants ) ) | **No. 1:19-cv-02394** <br><br><br> **JURY TRIAL DEMANDED** |
| MERCER BUSCH, on behalf of himself and all others similarly situated, ) ) ) Plaintiff ) ) v. ) ) THE BOEING COMPANY, DENNIS A. MUILENBURG, GREGORY D. SMITH, and KEVIN McALLISTER, ) ) ) ) Defendants ) ) | **No. 1:19-cv-03548** <br><br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF RAMZI ABADOU IN SUPPORT OF THE WANG FAMILY'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD AND LIAISON COUNSEL**

I, Ramzi Abadou, hereby declare as follows:

1. I am a member in good standing of the bar of the State of California (California Bar Roll #222567). I am admitted *pro hac vice* in the above-referenced related matters and am fully familiar with the facts set forth herein.

2. I submit this Declaration, together with the attached exhibits, in support of the Wang Family's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Lead and Liaison Counsel.

3. Attached hereto as Exhibit A are true and correct copies of sworn shareholder certifications of Kenny K. Wang, Kathleen Wang, and Kenny W. Wang ("Movants") executed pursuant to the Private Securities Litigation Reform Act of 1995.

4. Attached hereto as Exhibit B is a true and correct copy of a loss chart exhibiting the losses suffered by Movants resulting from their purchases of The Boeing Company ("Boeing" or the "Company") securities during the Class Period.

5. Attached hereto as Exhibit C are true and correct copies of the press release published on April 9, 2019, and the correction replacing it, published on April 10, 2019 on *Business Wire*, a well-known, national business-oriented publication, announcing the pendency of the lawsuit.

6. Attached hereto as Exhibit D is a true and correct copy of the firm résumé of Kahn Swick & Foti, LLC.

7. Attached hereto as Exhibit E is a true and correct copy of firm résumé of Miller Law LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 10th of June, 2019, in San Francisco, California.

/s/ *Ramzi Abadou*
RAMZI ABADOU

1