# EXHIBIT B

**Boeing Securities Litigation**
**Loss Charts**
**Class Period Begins:** 1/8/2019
**Class Period Ends:** 5/8/2019
**90-Day Lookback Ends:** 8/6/2019  **Not Expired**
**90-Day Lookback Value (as of 6/7/2019):** 349.7719059

### ACCOUNT No. 1: (Kenny K. Wang and Kenny W. Wang)

| TRANSACTION: | PURCHASES DATE: | QUANTITY: | PRICE PER SHARE: | TOTAL COST: | SALES or SHARES HELD: SALE DATE/ HELD: | PROCEEDS/HELD VALUE: | GAIN/(LOSS): |
|---|---|---|---|---|---|---|---|
| Bought | 2/13/2019 | 120 | 410.79 | $ 49,294.80 | HELD*** | $ 41,972.63 | $ (7,322.17) |
| Bought | 2/22/2019 | 70 | 423.829 | $ 29,668.03 | HELD*** | $ 24,484.03 | $ (5,184.00) |
| Bought | 2/22/2019 | 30 | 423.76 | $ 12,712.80 | HELD*** | $ 10,493.16 | $ (2,219.64) |
| Bought | 3/20/2019 | 200 | 378.0256 | $ 75,605.12 | HELD*** | $ 69,954.38 | $ (5,650.74) |
| | | | | $ 167,280.75 | | **Losses on Held Shares** | $ (20,376.55) |

### ACCOUNT No. 2: (Kenny and Kathleen Wang)

| TRANSACTION: | PURCHASES DATE: | QUANTITY: | PRICE PER SHARE: | TOTAL COST: | SALES or SHARES HELD: SALE DATE/ HELD: | PROCEEDS/HELD VALUE: | GAIN/(LOSS): |
|---|---|---|---|---|---|---|---|
| Bought | 1/31/2019 | 1,000 | 383.08 | $ 383,080.00 | HELD*** | $ 349,771.91 | $ (33,308.09) |
| Bought | 1/31/2019 | 1,000 | 382.38 | $ 382,380.00 | HELD*** | $ 349,771.91 | $ (32,608.09) |
| Bought | 2/1/2019 | 385 | 390.1099 | $ 150,192.31 | HELD*** | $ 134,662.18 | $ (15,530.13) |
| Bought | 2/1/2019 | 200 | 390.1 | $ 78,020.00 | HELD*** | $ 69,954.38 | $ (8,065.62) |
| Bought | 2/1/2019 | 415 | 389.95 | $ 161,829.25 | HELD*** | $ 145,155.34 | $ (16,673.91) |
| Bought | 2/1/2019 | 1,000 | 389.38 | $ 389,380.00 | HELD*** | $ 349,771.91 | $ (39,608.09) |
| Bought | 2/1/2019 | 1,000 | 388.88 | $ 388,880.00 | HELD*** | $ 349,771.91 | $ (39,108.09) |
| Bought | 2/6/2019 | 1,000 | 411.58 | $ 411,580.00 | HELD*** | $ 349,771.91 | $ (61,808.09) |
| Bought | 2/12/2019 | 1,000 | 408.88 | $ 408,880.00 | HELD*** | $ 349,771.91 | $ (59,108.09) |
| Bought | 2/13/2019 | 1,000 | 409.58 | $ 409,580.00 | HELD*** | $ 349,771.91 | $ (59,808.09) |
| Bought | 2/13/2019 | 1,000 | 408.6763 | $ 408,676.30 | HELD*** | $ 349,771.91 | $ (58,904.39) |
| Bought | 2/13/2019 | 1,000 | 408.18 | $ 408,180.00 | HELD*** | $ 349,771.91 | $ (58,408.09) |
| Bought | 2/13/2019 | 1,000 | 408.88 | $ 408,880.00 | HELD*** | $ 349,771.91 | $ (59,108.09) |
| Bought | 2/13/2019 | 1,000 | 408.18 | $ 408,180.00 | HELD*** | $ 349,771.91 | $ (58,408.09) |
| Bought | 2/14/2019 | 1,000 | 408.08 | $ 408,080.00 | HELD*** | $ 349,771.91 | $ (58,308.09) |
| Bought | 2/14/2019 | 1,000 | 410.58 | $ 410,580.00 | HELD*** | $ 349,771.91 | $ (60,808.09) |
| Bought | 2/14/2019 | 1,000 | 410.68 | $ 410,680.00 | HELD*** | $ 349,771.91 | $ (60,908.09) |
| Bought | 2/15/2019 | 1,000 | 414.5 | $ 414,500.00 | HELD*** | $ 349,771.91 | $ (64,728.09) |
| Bought | 2/15/2019 | 1,000 | 414.58 | $ 414,580.00 | HELD*** | $ 349,771.91 | $ (64,808.09) |
| Bought | 2/15/2019 | 1,000 | 414.58 | $ 414,580.00 | HELD*** | $ 349,771.91 | $ (64,808.09) |
| Bought | 2/15/2019 | 900 | 414.48 | $ 373,032.00 | HELD*** | $ 314,794.72 | $ (58,237.28) |
| Bought | 2/15/2019 | 100 | 414.47 | $ 41,447.00 | HELD*** | $ 34,977.19 | $ (6,469.81) |
| Bought | 2/19/2019 | 1,000 | 415.58 | $ 415,580.00 | HELD*** | $ 349,771.91 | $ (65,808.09) |
| Bought | 2/19/2019 | 1,000 | 415.18 | $ 415,180.00 | HELD*** | $ 349,771.91 | $ (65,408.09) |
| Bought | 2/21/2019 | 1,000 | 417.88 | $ 417,880.00 | HELD*** | $ 349,771.91 | $ (68,108.09) |
| Bought | 2/21/2019 | 1,000 | 418.58 | $ 418,580.00 | HELD*** | $ 349,771.91 | $ (68,808.09) |
| Bought | 2/21/2019 | 1,000 | 416.58 | $ 416,580.00 | HELD*** | $ 349,771.91 | $ (66,808.09) |
| Bought | 2/22/2019 | 762 | 422.88 | $ 322,234.56 | HELD*** | $ 266,526.19 | $ (55,708.37) |
| Bought | 2/22/2019 | 100 | 422.8786 | $ 42,287.86 | HELD*** | $ 34,977.19 | $ (7,310.67) |
| Bought | 2/22/2019 | 100 | 422.8781 | $ 42,287.81 | HELD*** | $ 34,977.19 | $ (7,310.62) |
| Bought | 2/22/2019 | 35 | 422.8774 | $ 14,800.71 | HELD*** | $ 12,242.02 | $ (2,558.69) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Bought | 2/22/2019 | 1 | 422.87 | $ | 422.87 | **HELD*** | $ | 349.77 | $ (73.10) |
| Bought | 2/22/2019 | 2 | 422.8601 | $ | 845.72 | **HELD*** | $ | 699.54 | $ (146.18) |
| Bought | 2/22/2019 | 1,000 | 422.83 | $ | 422,830.00 | **HELD*** | $ | 349,771.91 | $ (73,058.09) |
| Bought | 2/22/2019 | 1,000 | 422.68 | $ | 422,680.00 | **HELD*** | $ | 349,771.91 | $ (72,908.09) |
| Bought | 2/22/2019 | 1,000 | 421.88 | $ | 421,880.00 | **HELD*** | $ | 349,771.91 | $ (72,108.09) |
| Bought | 2/25/2019 | 1,000 | 427.5 | $ | 427,500.00 | **HELD*** | $ | 349,771.91 | $ (77,728.09) |
| Bought | 2/25/2019 | 1,000 | 427.88 | $ | 427,880.00 | **HELD*** | $ | 349,771.91 | $ (78,108.09) |
| Bought | 2/28/2019 | 2,000 | 438 | $ | 876,000.00 | **HELD*** | $ | 699,543.81 | $ (176,456.19) |
| Bought | 2/28/2019 | 758 | 437.08 | $ | 331,306.64 | **HELD*** | $ | 265,127.10 | $ (66,179.54) |
| Bought | 3/1/2019 | 2,242 | 444.58 | $ | 996,748.36 | **HELD*** | $ | 784,188.61 | $ (212,559.75) |
| Bought | 3/5/2019 | 1,000 | 431.58 | $ | 431,580.00 | **HELD*** | $ | 349,771.91 | $ (81,808.09) |
| Bought | 3/5/2019 | 1,000 | 430.68 | $ | 430,680.00 | **HELD*** | $ | 349,771.91 | $ (80,908.09) |
| Bought | 3/6/2019 | 1,000 | 430.58 | $ | 430,580.00 | **HELD*** | $ | 349,771.91 | $ (80,808.09) |
| Bought | 3/6/2019 | 1,000 | 423.48 | $ | 423,480.00 | **HELD*** | $ | 349,771.91 | $ (73,708.09) |
| Bought | 3/6/2019 | 1,000 | 422.78 | $ | 422,780.00 | **HELD*** | $ | 349,771.91 | $ (73,008.09) |
| Bought | 3/8/2019 | 1,000 | 418.88 | $ | 418,880.00 | **HELD*** | $ | 349,771.91 | $ (69,108.09) |
| Bought | 3/8/2019 | 1,000 | 421.18 | $ | 421,180.00 | **HELD*** | $ | 349,771.91 | $ (71,408.09) |
| Bought | 3/8/2019 | 1,000 | 420.58 | $ | 420,580.00 | **HELD*** | $ | 349,771.91 | $ (70,808.09) |
| Bought | 3/8/2019 | 1,000 | 420.58 | $ | 420,580.00 | **HELD*** | $ | 349,771.91 | $ (70,808.09) |
| Bought | 3/8/2019 | 1,000 | 420.3524 | $ | 420,352.40 | **HELD*** | $ | 349,771.91 | $ (70,580.49) |
| Bought | 3/8/2019 | 1,000 | 419.88 | $ | 419,880.00 | **HELD*** | $ | 349,771.91 | $ (70,108.09) |
| Bought | 3/8/2019 | 1,000 | 418.88 | $ | 418,880.00 | **HELD*** | $ | 349,771.91 | $ (69,108.09) |
| Bought | 3/8/2019 | 1,000 | 418.58 | $ | 418,580.00 | **HELD*** | $ | 349,771.91 | $ (68,808.09) |
| Bought | 3/11/2019 | 2,000 | 370.5 | $ | 741,000.00 | **HELD*** | $ | 699,543.81 | $ (41,456.19) |
| Bought | 3/11/2019 | 2,000 | 370.5 | $ | 741,000.00 | **HELD*** | $ | 699,543.81 | $ (41,456.19) |
| Bought | 3/11/2019 | 2,000 | 372.54 | $ | 745,080.00 | **HELD*** | $ | 699,543.81 | $ (45,536.19) |
| Bought | 3/11/2019 | 2,000 | 377.28 | $ | 754,560.00 | **HELD*** | $ | 699,543.81 | $ (55,016.19) |
| Bought | 3/11/2019 | 1,000 | 377.69 | $ | 377,690.00 | **HELD*** | $ | 349,771.91 | $ (27,918.09) |
| Bought | 3/11/2019 | 910 | 377.68 | $ | 343,688.80 | **HELD*** | $ | 318,292.43 | $ (25,396.37) |
| Bought | 3/11/2019 | 40 | 377.67 | $ | 15,106.80 | **HELD*** | $ | 13,990.88 | $ (1,115.92) |
| Bought | 3/11/2019 | 50 | 377.658 | $ | 18,882.90 | **HELD*** | $ | 17,488.60 | $ (1,394.30) |
| Bought | 3/11/2019 | 1,313 | 381.98 | $ | 501,539.74 | **HELD*** | $ | 459,250.51 | $ (42,289.23) |
| Bought | 3/11/2019 | 110 | 381.9799 | $ | 42,017.79 | **HELD*** | $ | 38,474.91 | $ (3,542.88) |
| Bought | 3/11/2019 | 255 | 381.97 | $ | 97,402.35 | **HELD*** | $ | 89,191.84 | $ (8,210.51) |
| Bought | 3/11/2019 | 100 | 381.96 | $ | 38,196.00 | **HELD*** | $ | 34,977.19 | $ (3,218.81) |
| Bought | 3/11/2019 | 222 | 381.91 | $ | 84,784.02 | **HELD*** | $ | 77,649.36 | $ (7,134.66) |
| Bought | 3/11/2019 | 2,000 | 387.7455 | $ | 775,491.00 | **HELD*** | $ | 699,543.81 | $ (75,947.19) |
| Bought | 3/11/2019 | 1,550 | 387.97 | $ | 601,353.50 | **HELD*** | $ | 542,146.45 | $ (59,207.05) |
| Bought | 3/11/2019 | 50 | 387.968 | $ | 19,398.40 | **HELD*** | $ | 17,488.60 | $ (1,909.80) |
| Bought | 3/11/2019 | 100 | 387.964 | $ | 38,796.40 | **HELD*** | $ | 34,977.19 | $ (3,819.21) |
| Bought | 3/11/2019 | 100 | 387.96 | $ | 38,796.00 | **HELD*** | $ | 34,977.19 | $ (3,818.81) |
| Bought | 3/11/2019 | 100 | 387.95 | $ | 38,795.00 | **HELD*** | $ | 34,977.19 | $ (3,817.81) |
| Bought | 3/11/2019 | 100 | 387.94 | $ | 38,794.00 | **HELD*** | $ | 34,977.19 | $ (3,816.81) |
| Bought | 3/11/2019 | 2,000 | 385.75 | $ | 771,500.00 | **HELD*** | $ | 699,543.81 | $ (71,956.19) |
| Bought | 3/11/2019 | 2,000 | 389.3906 | $ | 778,781.20 | **HELD*** | $ | 699,543.81 | $ (79,237.39) |
| Bought | 3/11/2019 | 1,083 | 393.1438 | $ | 425,774.74 | **HELD*** | $ | 378,802.97 | $ (46,971.76) |
| Bought | 3/11/2019 | 150 | 393.06 | $ | 58,959.00 | **HELD*** | $ | 52,465.79 | $ (6,493.21) |
| Bought | 3/11/2019 | 50 | 393.056 | $ | 19,652.80 | **HELD*** | $ | 17,488.60 | $ (2,164.20) |
| Bought | 3/11/2019 | 50 | 393.052 | $ | 19,652.60 | **HELD*** | $ | 17,488.60 | $ (2,164.00) |
| Bought | 3/11/2019 | 50 | 393.01 | $ | 19,650.50 | **HELD*** | $ | 17,488.60 | $ (2,161.90) |

| Action | Date | Shares | Price | Amount | Status | Value | Loss |
|---|---|---|---|---|---|---|---|
| Bought | 3/11/2019 | 617 | 373.62 | $ 230,523.54 | **HELD*** | $ 215,809.27 | $ (14,714.27) |
| Bought | 3/12/2019 | 930 | 369.58 | $ 343,709.40 | **HELD*** | $ 325,287.87 | $ (18,421.53) |
| Bought | 3/12/2019 | 70 | 369.575 | $ 25,870.25 | **HELD*** | $ 24,484.03 | $ (1,386.22) |
| Bought | 3/12/2019 | 1,000 | 378.13 | $ 378,130.00 | **HELD*** | $ 349,771.91 | $ (28,358.09) |
| Bought | 3/13/2019 | 501 | 378.41 | $ 189,583.41 | **HELD*** | $ 175,235.72 | $ (14,347.69) |
| Bought | 3/13/2019 | 499 | 378.2699 | $ 188,756.68 | **HELD*** | $ 174,536.18 | $ (14,220.50) |
| Bought | 3/13/2019 | 1,000 | 376.58 | $ 376,580.00 | **HELD*** | $ 349,771.91 | $ (26,808.09) |
| Bought | 3/13/2019 | 950 | 376.55 | $ 357,722.50 | **HELD*** | $ 332,283.31 | $ (25,439.19) |
| Bought | 3/13/2019 | 50 | 376.54 | $ 18,827.00 | **HELD*** | $ 17,488.60 | $ (1,338.40) |
| Bought | 3/13/2019 | 215 | 376.5 | $ 80,947.50 | **HELD*** | $ 75,200.96 | $ (5,746.54) |
| Bought | 3/13/2019 | 32 | 376.47 | $ 12,047.04 | **HELD*** | $ 11,192.70 | $ (854.34) |
| Bought | 3/13/2019 | 75 | 376.42 | $ 28,231.50 | **HELD*** | $ 26,232.89 | $ (1,998.61) |
| Bought | 3/13/2019 | 18 | 376.41 | $ 6,775.38 | **HELD*** | $ 6,295.89 | $ (479.49) |
| Bought | 3/13/2019 | 60 | 376.4 | $ 22,584.00 | **HELD*** | $ 20,986.31 | $ (1,597.69) |
| Bought | 3/13/2019 | 600 | 376.38 | $ 225,828.00 | **HELD*** | $ 209,863.14 | $ (15,964.86) |
| Bought | 3/13/2019 | 1,000 | 373.58 | $ 373,580.00 | **HELD*** | $ 349,771.91 | $ (23,808.09) |
| Bought | 3/13/2019 | 1,000 | 365.88 | $ 365,880.00 | **HELD*** | $ 349,771.91 | $ (16,108.09) |
| Bought | 3/19/2019 | 800 | 376.38 | $ 301,104.00 | **HELD*** | $ 279,817.52 | $ (21,286.48) |
| Bought | 3/19/2019 | 1,200 | 376.35 | $ 451,620.00 | **HELD*** | $ 419,726.29 | $ (31,893.71) |
| Bought | 3/25/2019 | 1,000 | 366.5399 | $ 366,539.90 | **HELD*** | $ 349,771.91 | $ (16,767.99) |
| Bought | 3/25/2019 | 2,000 | 363.91 | $ 727,820.00 | **HELD*** | $ 699,543.81 | $ (28,276.19) |
| Bought | 3/26/2019 | 2,000 | 371.58 | $ 743,160.00 | **HELD*** | $ 699,543.81 | $ (43,616.19) |
| Bought | 3/26/2019 | 2,000 | 372.58 | $ 745,160.00 | **HELD*** | $ 699,543.81 | $ (45,616.19) |
| Bought | 3/26/2019 | 2,000 | 371.88 | $ 743,760.00 | **HELD*** | $ 699,543.81 | $ (44,216.19) |
| Bought | 3/26/2019 | 1,000 | 369.58 | $ 369,580.00 | **HELD*** | $ 349,771.91 | $ (19,808.09) |
| Bought | 3/27/2019 | 700 | 373.4699 | $ 261,428.93 | **HELD*** | $ 244,840.33 | $ (16,588.60) |
| Bought | 3/27/2019 | 300 | 373.46 | $ 112,038.00 | **HELD*** | $ 104,931.57 | $ (7,106.43) |
| Bought | 3/27/2019 | 1,000 | 372.88 | $ 372,880.00 | **HELD*** | $ 349,771.91 | $ (23,108.09) |
| Bought | 3/27/2019 | 1,000 | 372.58 | $ 372,580.00 | **HELD*** | $ 349,771.91 | $ (22,808.09) |
| Bought | 3/28/2019 | 1,000 | 372.88 | $ 372,880.00 | **HELD*** | $ 349,771.91 | $ (23,108.09) |
| Bought | 3/28/2019 | 1,000 | 374.58 | $ 374,580.00 | **HELD*** | $ 349,771.91 | $ (24,808.09) |
| Bought | 3/28/2019 | 1,000 | 373.88 | $ 373,880.00 | **HELD*** | $ 349,771.91 | $ (24,108.09) |
| Bought | 3/29/2019 | 1,000 | 380.58 | $ 380,580.00 | **HELD*** | $ 349,771.91 | $ (30,808.09) |
| Bought | 4/1/2019 | 1,000 | 385.56 | $ 385,560.00 | **HELD*** | $ 349,771.91 | $ (35,788.09) |
| Bought | 4/1/2019 | 579 | 385.56 | $ 223,239.24 | **HELD*** | $ 202,517.93 | $ (20,721.31) |
| Bought | 4/1/2019 | 1,000 | 385.18 | $ 385,180.00 | **HELD*** | $ 349,771.91 | $ (35,408.09) |
| Bought | 4/1/2019 | 421 | 385.56 | $ 162,320.76 | **HELD*** | $ 147,253.97 | $ (15,066.79) |
| Bought | 4/8/2019 | 1,000 | 375.68 | $ 375,680.00 | **HELD*** | $ 349,771.91 | $ (25,908.09) |
| Bought | 4/8/2019 | 1,000 | 375.18 | $ 375,180.00 | **HELD*** | $ 349,771.91 | $ (25,408.09) |

| | |
|---|---|
| **Losses on Held Shares** | **$ (4,688,649.95)** |
| Losses on Account 1 | $ (20,376.55) |
| Losses on Account 2 | $ (4,688,649.95) |
| **TOTAL LOSSES ON HELD SHARES** | **$ (4,709,026.50)** |

**HELD*** = For shares purchased during the Class Period and held through the end of 90-day period beginning on the date which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market, damages are limited by "the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." See 15 U.S.C. § 78u–4(e)(1).