# EXHIBIT A

**Hagens Berman Files Complaint Against Boeing (BA) on Behalf of Investors Related to 737 Max Safety Disclosure Violations**

BERKELEY, Calif.-April 09, 2019-(BUSINESS WIRE)--Hagens Berman Sobol Shapiro LLP has filed a complaint on behalf of investors in The Boeing Company (NYSE: BA) alleging disclosure violations of the Federal securities laws relating to the safety of the 737 MAX, shortcuts known by management, FAA delegated self-certification and conflicts known to management in self-certifying and the separate charges for "extra" but necessary safety equipment many airlines opted to forego. If you purchased or otherwise acquired Boeing securities between January 8, 2018 and March 21, 2019 and suffered losses, contact Hagens Berman Sobol Shapiro LLP.

If you wish to serve as lead plaintiff in this class action, you must move the Court no later than 60 days from April 9, 2019. For more information about the case and being a lead plaintiff, click https://www.hbsslaw.com/cases/BA or contact Reed Kathrein, who is leading the firm's investigation, by calling 510-725-3000 or emailing BA@hbsslaw.com.

News concerning Boeing's relatively new 737 MAX airplanes have continued to unravel following the March 10, 2019 Ethiopian Airlines flight ET302 crash and the earlier Lion Air crash.

According to the complaint filed by Hagens Berman in the United States District Court for the Northern District of Illinois, Boeing concealed critical facts concerning the 737 MAX airplanes from investors, including the fact that Boeing designed and sold as "extras" or "optional features" safety features designed to prevent accidents such as the Lion Air and Ethiopian Airline crashes. Boeing also hid the fact that most airlines, including United, did not purchase these safety features.

In addition, Boeing failed to disclose that Boeing had received delegated authority from the FAA over the safety analysis of the Maneuvering Characteristics Augmentation System (MCAS) – the system reportedly responsible for the crashes – that the Company delivered to the FAA, all while rushing the 737 MAX to market. Boeing knew that it had a clear conflict of interest and that its certification was undermined by the Company's desire to rush the 737 MAX to market, despite decreased safety, in order to compete with Airbus.

"The deadly risk of optional safety features, in addition to the conflict of interest posed by Boeing self-certifying safety of its own planes, was intentionally hidden from investors," said Hagens Berman partner Reed Kathrein. "It has now become clear that Boeing put profitability and growth ahead of airplane safety and honesty to investors."

The Private Securities Litigation Reform Act of 1995 permits any investor who purchased Boeing securities during the Class Period to seek appointment as lead plaintiff. A lead plaintiff acts on behalf of all other class members in directing the litigation. The lead plaintiff can select a law firm of its choice. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

Whistleblowers: Persons with non-public information regarding Boeing should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at 510-725-3000 or email BA@hbsslaw.com.

Hagens Berman is a national investor-rights law firm headquartered in Seattle, Washington with 78 attorneys in 9 offices across the country. The Firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes can be found at www.hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.
Contacts

**Reed Kathrein, 510-725-3000**