IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD SEEKS, individually and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY, et al.,<br><br>    Defendants, | Case No. 19-cv-2394<br><br>Hon. John J. Tharp, Jr. |

**MOTION TO EXTEND DEFENDANTS'
DEADLINE TO RESPOND TO THE COMPLAINT**

Defendants hereby respectfully move the Court to extend their deadline for responding to the complaint until after the appointment of a lead plaintiff under the Private Securities Litigation Reform Act. In support of this motion, Defendants state:

1. This action was filed on April 9, 2019. Defendants' current deadline to respond to the complaint is June 24, 2019. (Docket #16)

2. Because the action is "brought as a plaintiff class action" for federal securities fraud, it is subject to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(a)(1). The Reform Act required the named plaintiff to publish "a notice advising members of the purported plaintiff class of the pendency of the action," so that "any member of the purported class [could] move the court to serve as lead plaintiff of the purported class." *Id*. § (a)(3). The deadline for filing any such motions in this case was June 10, 2019, and seven motions were filed. (Docket #27, 32, 37, 41, 46, 49, 52) The motions are noticed for presentment on June 21, 2019.

3. Pursuant to the Reform Act, the Court will review the competing lead-plaintiff

motions and "appoint as lead plaintiff the member or members of the purported class that the court determines to be most capable of adequately representing the interests of class members." 15 U.S.C. § 78u-4(a)(3)(B)(i). The lead plaintiff will then, "subject to the approval of the court, select and retain counsel to represent the class." *Id*. § (a)(3)(B)(v).

4. As a result, because there is no plaintiff currently authorized to act on behalf of the putative class, and because whoever is ultimately selected as lead plaintiff may wish to file an amended complaint, the most efficient path is to extend Defendants' deadline for responding to the complaint until after the Court appoints a lead plaintiff who can (a) elect to stand on the current complaint or file an amended complaint; and (b) respond on behalf of the putative class to the motion to dismiss Defendants intend to file.

5. For that reason, Defendants request that the Court extend Defendants' deadline for responding to the complaint until after a lead plaintiff is appointed. Defendants propose that the Court order the eventual lead plaintiff and Defendants to confer and, within 15 days of the appointment of the lead plaintiff, jointly submit to the Court a proposed schedule for either an amended complaint and response thereto, or a response to the current complaint.

6. Defendants also respectfully request that the Court defer, until after a lead plaintiff is appointed, the initial status report currently due on June 25, 2019, and the status conference scheduled for June 27, 2019. (Docket #16)

7. Before filing this motion, counsel for Defendants conferred with counsel for the named plaintiff regarding their intent to file this motion. Counsel for the named plaintiff indicated that they do not oppose the relief requested herein.

Dated: June 14, 2019　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Joshua Z. Rabinovitz
　　　　　　　　　　　　　　　　　　　　　John F. Hartmann, P.C.
　　　　　　　　　　　　　　　　　　　　　Joshua Z. Rabinovitz
　　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　　300 N. LaSalle
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60654
　　　　　　　　　　　　　　　　　　　　　(312) 862-2000
　　　　　　　　　　　　　　　　　　　　　John.Hartmann@kirkland.com
　　　　　　　　　　　　　　　　　　　　　Joshua.Rabinovitz@kirkland.com

　　　　　　　　　　　　　　　　　　　　　Craig S. Primis
　　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　　1301 Pennsylvania Ave., N.W.
　　　　　　　　　　　　　　　　　　　　　Washington D.C. 20004
　　　　　　　　　　　　　　　　　　　　　Craig.Primis@kirkland.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*