UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Richard Seeks

                                Plaintiff,

v.                                              Case No.: 1:19–cv–02394
                                                       Honorable John J. Tharp Jr.

Boeing Company, The, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 20, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr: Upon receipt of the Boeing Investor Group's notice of withdrawal [75] and Ali Alibrahim's notice of withdrawal [76] their motions to consolidate cases, appoint lead plaintiff, and approve lead counsel, said motions [49], [27] are denied as moot. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.