UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Richard Seeks

                Plaintiff,

v.                                          Case No.: 1:19–cv–02394
                                                            Honorable John J. Tharp Jr.

Boeing Company, The, et al.

                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, June 21, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr: Motion hearing held. The motions for consolidation of related actions, appointment as lead plaintiff, and approval of lead counsel [32] [36] [41] [46] [52] are granted in part. The Court orders consolidation of cases 19 cv 3548 and 19 cv 2394 under case number 19 cv 2394. The Court administratively terminates case number 19 cv 3548. All further proceedings will go forward under case number 19 cv 2394. The Court grants defendants&#0;39; motion to extend defendants' deadline to respond to the complaint [67]. Defendants' responsive pleading is stayed pending further order of the Court. Responses to the pending motions for appointment as lead plaintiff, and approval of lead counsel [32] [36] [41] [46] [52] are due by 7/19/2019; replies due by 8/2/2019. Status hearing set for 6/27/19 and initial status report due 6/25/19 [16] are stricken. Once the motions are fully briefed, the Court will rule via CM/ECF and set a future date.Mailed notice (cn).


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.