**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE THE BOEING COMPANY AIRCRAFT SECURITIES LITIGATION | ) ) ) ) ) ) ) | Case No. 19-cv-2394<br><br>Hon. John J. Tharp, Jr. |

## MOTION TO DISMISS

Defendants, The Boeing Company, Dennis Muilenburg, and Gregory Smith, hereby move to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for the reasons set forth in the accompanying memorandum in support.

Dated: June 30, 2020

Respectfully submitted,

*/s/ Joshua Z. Rabinovitz*

John F. Hartmann, P.C.
Joshua Z. Rabinovitz
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
(312) 862-2000

Craig S. Primis
Matt Owen
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington D.C. 20004

*Counsel for Defendants*