# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE THE BOEING COMPANY AIRCRAFT SECURITIES LITIGATION | Case No. 1:19-cv-02394<br><br>The Honorable Nancy L. Maldonado<br><br>The Honorable Young B. Kim |

## JOINT MOTION TO MODIFY CASE MANAGEMENT SCHEDULE

Lead Plaintiff Public Employees' Retirement System of Mississippi ("Lead Plaintiff") and additional Plaintiffs the City of Warwick Retirement System ("Warwick"), William C. Houser ("Houser"), Bret E. Taggart ("Taggart"), and Robert W. Kegley, Sr. ("Kegley") (with Lead Plaintiff, "Plaintiffs"), together with Defendants The Boeing Company ("Boeing" or the "Company") and Dennis A. Muilenburg ("Muilenburg") (with Boeing, "Defendants") (together with Plaintiffs, the "Parties"), respectfully move the Court for an Order modifying the case management schedule (ECF No. 215). In support, the Parties state:

1. On November 10, 2022, the Court entered the current agreed-upon case management schedule in this action. ECF No. 215.

2. After various status conferences before Magistrate Judge Kim and meet-and-confers between the Parties, Defendants produced nearly half a million documents by March 31, 2023. Plaintiffs have also made, and continue to make, document productions to Defendants.

3. The Parties have conferred regarding potential modifications to the case management schedule.

4. The Parties represent that additional time to review the document productions would benefit all Parties. The Parties have thus reached agreement on an extension to the case management schedule.

5. This is the first extension of the case management schedule sought by any Party.

6. If Plaintiffs move to add parties or amend their Amended Complaint, the Parties agree to meet and confer on a briefing schedule. The Parties also agree that, in such circumstances, the Parties will adjust the remaining schedule such that Plaintiffs will not file their motion for class certification until any motion to add parties or amend the Amended Complaint is resolved and, if required, the Court has ruled on any Motion to Dismiss.

WHEREFORE, the Parties respectfully request that this Court enter an Order modifying the case management schedule as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Plaintiffs shall file motions to add parties or amend pleadings. | June 5, 2023 | August 15, 2023 |
| Plaintiffs shall move for class certification and serve supporting fact and expert evidence. | June 16, 2023 | September 15, 2023 |
| Defendants shall file any opposition to class certification and serve supporting fact and expert evidence. | August 11, 2023 | December 1, 2023 |
| Plaintiffs shall file reply papers in further support of class certification. | September 15, 2023 | January 12, 2023 |
| All fact discovery shall be completed. | November 17, 2023 | March 8, 2024 |
| Plaintiffs shall serve opening expert reports relating to any non-class certification issue. | December 15, 2023 | April 5, 2024 |
| Defendants shall serve expert reports on non-class certification issues. | February 9, 2024 | May 31, 2024 |
| Plaintiffs shall serve reply expert reports on non-class certification issues. | March 1, 2024 | June 21, 2024 |
| All expert discovery shall be completed. | March 29, 2024 | July 19, 2024 |
| Parties shall file summary judgment/dispositive motions. | May 3, 2024 | August 23, 2024 |

2

| Parties shall file oppositions to summary judgment motions. | June 28, 2024 | October 18, 2024 |
| Parties shall file replies to any summary judgment motions. | August 9, 2024 | December 6, 2024 |

Dated: May 30, 2023

Respectfully submitted,                           Respectfully submitted,

*/s/ John C. Browne*                              */s/ John F. Hartmann*
**BERNSTEIN LITOWITZ BERGER &**                   **KIRKLAND & ELLIS LLP**
**GROSSMANN LLP**                                 John F. Hartmann, P.C.
John C. Browne (*pro hac vice*)                   Michael B. Slade
Katie M. Sinderson (*pro hac vice*)               300 North LaSalle
Abe Alexander (*pro hac vice*)                    Chicago, Illinois 60654
1251 Avenue of the Americas, 44th Floor           Telephone: (312) 862-2000
New York, New York 10020                          Facsimile: (312) 405-0592
Telephone: (212) 554-1400                         john.hartmann@kirkland.com
Facsimile: (212) 554-1444                         michael.slade@kirkland.com
JohnB@blbglaw.com
KatieM@blbglaw.com                                Craig S. Primis, P.C. (*pro hac vice*)
Abe.Alexander@blbglaw.com                         Matthew Owen (*pro hac vice*)
                                                  Katherine R. Katz (*pro hac vice*)
Avi Josefson                                      Emily Merki Long (*pro hac vice*)
875 North Michigan Avenue, Suite 3100             1301 Pennsylvania Avenue, N.W.
Chicago, IL 60601                                 Washington, D.C. 20004
Telephone: (312) 373-3800                         Telephone: (202) 389-5000
Facsimile: (312) 794-7801                         Facsimile: (202) 389-5200
Avi@blbglaw.com                                   cprimis@kirkland.com
                                                  matt.owen@kirkland.com
*Lead Counsel for Lead Plaintiff Public*          katherine.katz@kirkland.com
*Employees' Retirement System of Mississippi*     emily.long@kirkland.com
*and Plaintiff the City of Warwick Retirement*
*System and Lead Counsel for the Class*           *Counsel for Defendants*

3

**KESSLER TOPAZ**
**MELTZER & CHECK LLP**
Andrew L. Zivitz (admitted *pro hac vice*)
Joshua A. Materese (#314844)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
azivitz@ktmc.com
jmaterese@ktmc.com

*Counsel for Plaintiffs William C. Houser, Bret E. Taggart, and Robert W. Kegley Sr., as Trustee for the Robert W. Kegley Sr. Revocable Living Trust U/A DTD 04/16/2003*