# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Richard Seeks, et al.

                                                      Plaintiff,

v.                                                                      Case No.: 1:19−cv−02394
                                                                     Honorable Nancy L. Maldonado

Boeing Company, The, et al.

                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 5, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: The joint motion to modify case management schedule [265] is granted: Plaintiffs shall file motions to add parties or amend pleadings by 8/15/23; Plaintiffs shall move for class certification and serve supporting fact and expert evidence by 9/15/23; Defendants shall file any opposition to class certification and serve supporting fact and expert evidence by 12/1/23; Plaintiffs shall file reply papers in further support of class certification by 1/12/24; all fact discovery shall be completed by 3/8/24; Plaintiffs shall serve opening expert reports relating to any non−class certification issue by 4/5/24; Defendants shall serve expert reports on non−class certification issues by 5/31/24; Plaintiffs shall serve reply expert reports on non−class certification issues by 6/21/24; all expert discovery shall be completed by 7/19/24; parties shall file summary judgment/dispositive motions by 8/23/24, with responses due 10/18/24 and replies due 12/6/24. The Honorable Young B. Kim has authority to change deadlines. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.