# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Richard Seeks, et al.

                                Plaintiff,

v.                                                        Case No.: 1:19−cv−02394

                                                               Honorable Nancy L. Maldonado

Boeing Company, The, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 11, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: Plaintiffs' unopposed motion for leave to file under seal [276] is granted. Pursuant to Fed. R. Civ. P. 15(a)(2), the parties have filed a joint stipulation of consent for Plaintiffs to file an amended consolidated class action complaint [274] by the deadline of 8/15/23 (see Dkt. [266]). Plaintiffs shall therefore promptly file the amended complaint as a separate docket entry. Defendants shall file a motion to dismiss by 10/16/23; Plaintiffs' response is due 11/30/23; Defendants' reply is due 12/21/23. The memorandum in support of the motion to dismiss and response shall not exceed 50 pages each; the reply shall not exceed 30 pages. The parties are reminded that the Court values conciseness. The parties have jointly requested that the current case management schedule [266] be continued. In light of the amendment and the anticipated motion, the Court concurs that continuing the current schedule, which includes dates for this week, is appropriate. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.