# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE THE BOEING COMPANY AIRCRAFT SECURITIES LITIGATION | ) ) ) ) Case No. 1:19-cv-02394 ) ) ) Hon. Nancy L. Maldonado ) ) ) ) |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Defendants, The Boeing Company, Dennis Muilenburg, and Gregory Smith, hereby move to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for the reasons set forth in the accompanying memorandum in support.

Dated: October 16, 2023

Respectfully submitted,

*/s/ John F. Hartmann, P.C.*
John F. Hartmann, P.C.
Michael B. Slade
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2000

Craig S. Primis, P.C. (*pro hac vice*)
Katherine R. Katz (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-5000

*Counsel for Defendants*