**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE THE BOEING COMPANY AIRCRAFT SECURITIES LITIGATION | Case No. 1:19-cv-02394<br><br>Honorable Young B. Kim |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO SERVE THIRD-PARTY DOCUMENT PRESERVATION SUBPOENAS

Lead Plaintiff Public Employees' Retirement System of Mississippi and additional Named Plaintiffs the City of Warwick Retirement System, William C. Houser, Bret E. Taggart and Robert W. Kegley, Sr. (collectively, "Plaintiffs") hereby move the Court for an order permitting Plaintiffs to serve the document preservation subpoenas (the "Subpoenas") attached hereto as Exhibits A-F, which will be accompanied by individualized versions of the cover letter attached hereto as Exhibit G. Plaintiffs state the following in support of this motion:

1. Plaintiffs filed the operative complaint in this action (the "Amended Complaint") on September 12, 2023. ECF No. 278.

2. Defendants filed a partial motion to dismiss the Amended Complaint on October 16, 2023 (ECF No. 293), automatically staying discovery and other proceedings in this action pursuant to 15 U.S.C. § 78u-4(b)(3)(B).

3. Plaintiffs filed a motion to partially lift the automatic stay of discovery under the PSLRA on October 24, 2023 (ECF No. 297) (the "Motion to Lift the Stay").

4. On November 22, 2023, this Court denied Plaintiffs' Motion to Lift the Stay, but permitted Plaintiffs to seek leave of the Court to serve specific document preservation subpoenas to third parties.

5. Plaintiffs propose to serve Subpoenas on six third parties that were identified by Defendants in discovery in October and November 2023. The Subpoenas specify that no

production or other action is required by the third parties until this Court has decided the motion to dismiss.

  6.  Defendants have reviewed the Subpoenas and do not object to their service.

Accordingly, Plaintiffs respectfully ask that the Court grant leave for the Plaintiffs to serve the Subpoenas.

Dated: December 1, 2023

Respectfully submitted,

*/s/ Katherine M. Sinderson*
**BERNSTEIN LITOWITZ BERGER**
 **& GROSSMANN LLP**
Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 373-3800
Facsimile: (312) 794-7801
Avi@blbglaw.com

-and-

Salvatore J. Graziano (admitted *pro hac vice*)
Katherine M. Sinderson (admitted *pro hac vice*)
Abe Alexander (admitted *pro hac vice*)
John Esmay (admitted *pro hac vice*)
Veronica V. Montenegro (admitted *pro hac vice*)
Michael Mathai (admitted *pro hac vice*)
Timothy Fleming (admitted *pro hac vice*)
Jonathan D'Errico (admitted *pro hac vice*)
Mathews de Carvalho (admitted *pro hac vice*)
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Salvatore@blbglaw.com
KatieM@blbglaw.com
Abe.Alexander@blbglaw.com
John.Esmay@blbglaw.com
Veronica.Montenegro@blbglaw.com
Michael.Mathai@blbglaw.com
Timothy.Fleming@blbglaw.com

Jonathan.Derrico@blbglaw.com
Mathews.Decarvalho@blbglaw.com

*Lead Counsel for Lead Plaintiff and Plaintiff the City of Warwick Retirement System and Lead Counsel for the Class*

**DAVIDSON BOWIE, PLLC**
John L. Davidson (admitted *pro hac vice*)
1062 Highland Colony Parkway
200 Concourse, Suite 275
Ridgeland, MI 39157
Telephone: (601) 932-0028
jdavidson@dbslawfirm.net

*Additional Counsel for Lead Plaintiff*

**KESSLER TOPAZ MELTZER & CHECK LLP**
Andrew L. Zivitz
Joshua A. Materese
Alex B. Heller (*pro hac vice* forthcoming)
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
azivitz@ktmc.com
jmaterese@ktmc.com
aheller@ktmc.com

*Counsel for Plaintiffs William C. Houser, Bret E. Taggart, and Robert W. Kegley Sr., as Trustee for the Robert W. Kegley Sr. Revocable Living Trust U/A DTD 04/16/2003*