# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE THE BOEING COMPANY AIRCRAFT SECURITIES LITIGATION | ) ) ) ) ) ) ) ) Case No. 1:19-cv-02394<br><br>Honorable Franklin U. Valderrama |

## JOINT STIPULATION REGARDING TIME TO ANSWER AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

Lead Plaintiff Public Employees' Retirement System of Mississippi and Named Plaintiffs the City of Warwick Retirement System, William C. Houser, Bret E. Taggart, and Robert W. Kegley, Sr. (collectively, "Plaintiffs"), and Defendants The Boeing Company and Dennis Muilenburg (collectively, "Defendants," and together with Plaintiffs, the "Parties"), hereby respectfully and jointly move the Court to order that the time for Defendants to answer the Amended Consolidated Class Action Complaint be extended to November 5, 2024. In support of their motion, the Parties state as follows:

1. On September 12, 2023, Plaintiffs filed the Amended Consolidated Class Action Complaint. Dkt. No. 278.

2. On October 16, 2023, Defendants moved to dismiss the Amended Consolidated Class Action Complaint. Dkt. Nos. 292, 293.

3. On September 30, 2024, the Court granted in part and denied in part Defendants' Motion to Dismiss. Dkt. No. 346.

4. The Parties have jointly agreed to extend the time for Defendants to answer the Amended Consolidated Class Action Complaint to November 5, 2024.

5. Defendants believe that an extension of the time for Defendants to answer the Amended Consolidated Class Action Complaint to November 5, 2024 would promote the just and efficient determination of this proceeding.

6. Defendants agree that this extension of time for Defendants to answer the Amended Consolidated Class Action Complaint does not affect Defendants' ability to respond to Plaintiffs' discovery requests.

7. The Parties shall submit in the near term either (a) an agreed-upon case schedule or (b) a joint statement to the Court, providing their respective proposals for the case schedule beyond the proposed November 5, 2024 deadline for Defendants to answer the Amended Consolidated Class Action Complaint.

WHEREFORE, the Parties respectfully request that the Court enter an order extending the time for Defendants to answer the Amended Consolidated Class Action Complaint to November 5, 2024.

Dated: October 16, 2024

Respectfully submitted,

/s/ Katie M. Sinderson
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, IL 60601
Telephone: (312) 373-3800
Facsimile: (312) 794-7801
Avi@blbglaw.com

Salvatore J. Graziano (admitted *pro hac vice*)
Katie M. Sinderson (admitted *pro hac vice*)
Abe Alexander (admitted *pro hac vice*)
John Esmay (admitted *pro hac vice*)
Michael Mathai (admitted *pro hac vice*)
Timothy Fleming (admitted *pro hac vice*)
Jonathan D'Errico (admitted *pro hac vice*)
Mathews de Carvalho (admitted *pro hac vice*)
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Salvatore@blbglaw.com
KatieM@blbglaw.com
Abe.Alexander@blbglaw.com
John.Esmay@blbglaw.com
Michael.Mathai@blbglaw.com
Timothy.Fleming@blbglaw.com
Jonathan.Derrico@blbglaw.com
Mathews.Decarvalho@blbglaw.com

*Lead Counsel for Lead Plaintiff and Plaintiff the City of Warwick Retirement System and Lead Counsel for the Class*

**DAVIDSON BOWIE, PLLC**
John L. Davidson (*pro hac vice*)
1062 Highland Colony Parkway
200 Concourse, Suite 275
Ridgeland, MI 39157
Telephone: (601) 932-0028

*Additional Counsel for Lead Plaintiff*

Respectfully submitted,

/s/ John F. Hartmann
**KIRKLAND & ELLIS LLP**
John F. Hartmann, P.C.
Michael B. Slade
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
john.hartmann@kirkland.com
michael.slade@kirkland.com

Craig S. Primis, P.C. (*pro hac vice*)
Katherine R. Katz (*pro hac vice*)
Brad Masters (*pro hac vice*)
Kenneth Monroe (*pro hac vice*)
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
cprimis@kirkland.com
katherine.katz@kirkland.com

*Counsel for Defendants*

**KESSLER TOPAZ MELTZER & CHECK LLP**
Andrew L. Zivitz (pro hac vice)
Joshua A. Materese (pro hac vice)
Alex B. Heller
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
azivitz@ktmc.com
jmaterese@ktmc.com
aheller@ktmc.com

*Counsel for Plaintiffs William C. Houser, Bret E. Taggart, and Robert W. Kegley Sr., as Trustee for the Robert W. Kegley Sr. Revocable Living Trust U/A DTD 04/16/2003*

3

5

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2024, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

*/s/ John F. Hartmann, P.C.*
John F. Hartmann, P.C.

*Counsel for Defendants*