## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE THE BOEING COMPANY AIRCRAFT
SECURITIES LITIGATION

Case No. 1:19-cv-02394

Honorable Young B. Kim

## PLAINTIFFS' MEMORANDUM OF LAW IN
## SUPPORT OF THEIR MOTION TO COMPEL RESPONSES TO SUBPOENAS

**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, IL 60601
Telephone: (312) 373-3800
Facsimile: (312) 794-7801
Avi@blbglaw.com

Salvatore J. Graziano (admitted *pro hac vice*)
Katherine M. Sinderson (admitted *pro hac vice*)
Abe Alexander (admitted *pro hac vice*)
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Salvatore@blbglaw.com
KatieM@blbglaw.com
Abe.Alexander@blbglaw.com

Dated: November 15, 2024

# FULLY REDACTED

Dated: November 15, 2024

Respectfully submitted,

*/s/ Katherine M. Sinderson*
**BERNSTEIN LITOWITZ BERGER**
   **& GROSSMANN LLP**

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 373-3800
Facsimile: (312) 794-7801
Avi@blbglaw.com

-and-

Salvatore J. Graziano (admitted *pro hac vice*)
Katherine M. Sinderson (admitted *pro hac vice*)
Abe Alexander (admitted *pro hac vice*)
John Esmay (admitted *pro hac vice*)
Michael Mathai (admitted *pro hac vice*)
Timothy Fleming (admitted *pro hac vice*)
Jonathan D'Errico (admitted *pro hac vice*)
Mathews de Carvalho (admitted *pro hac vice*)
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Salvatore@blbglaw.com
KatieM@blbglaw.com
Abe.Alexander@blbglaw.com
John.Esmay@blbglaw.com
Michael.Mathai@blbglaw.com
Timothy.Fleming@blbglaw.com
Jonathan.Derrico@blbglaw.com
Mathews.Decarvalho@blbglaw.com

*Lead Counsel for Lead Plaintiff and Plaintiff*
*the City of Warwick Retirement System and*
*Lead Counsel for the Class*

**DAVIDSON BOWIE, PLLC**
John L. Davidson (admitted *pro hac vice*)
1062 Highland Colony Parkway

200 Concourse, Suite 275
Ridgeland, MI 39157
Telephone: (601) 932-0028
jdavidson@dbslawfirm.net

*Additional Counsel for Lead Plaintiff*

**KESSLER TOPAZ
MELTZER & CHECK LLP**
Andrew L. Zivitz
Joshua A. Materese
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
azivitz@ktmc.com
jmaterese@ktmc.com

*Counsel for Plaintiffs William C. Houser, Bret
E. Taggart, and Robert W. Kegley Sr., as
Trustee for the Robert W. Kegley Sr.
Revocable Living Trust U/A DTD 04/16/2003*