**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE THE BOEING COMPANY AIRCRAFT SECURITIES LITIGATION | Case No. 1:19-cv-02394<br><br>Judge Young B. Kim |

**DECLARATION OF KATHERINE M. SINDERSON IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL RESPONSES TO SUBPOENAS**

I, Katherine M. Sinderson, declare as follows:

# FULLY REDACTED

Executed in New York, New York on November 15, 2024.

*/s/ Katherine M. Sinderson*
Katherine M. Sinderson