**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Richard Seeks, et al.
                    Plaintiff,

v.                                        Case No.: 1:19–cv–02394
                                                          Honorable Franklin U. Valderrama

Boeing Company, The, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 18, 2024:

      MINUTE entry before the Honorable Young B. Kim: Motion hearing held. For the reasons stated on the record, Plaintiffs' motion to compel responses to subpoenas [366] is denied without prejudice as to the subpoena served on Respondent J. Michael Luttig but denied in toto as to the subpoenas served on the other three Respondents. Parties are to file a joint status report by January 21, 2025, identifying the requests included in Plaintiffs' Second Set of Requests for Production of Documents that Defendants still oppose so that the court may be prepared to discuss them with the parties at the discovery hearing to be held on January 28, 2025, at 1:00 p.m. in courtroom 1019. Parties are to set aside three hours for this hearing. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.