# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Richard Seeks, et al.
                            Plaintiff,

v.                                         Case No.: 1:19–cv–02394
                                                   Honorable Franklin U. Valderrama

Boeing Company, The, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 5, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated therein, the Court grants the parties' joint motion for leave to file oversized briefs regarding class certification [385]. Plaintiffs are permitted to file an opening brief in support of their motion for class certification of up to 25 pages; Defendants are permitted to file a brief in opposition to Plaintiffs' motion for class certification of up to 30 pages; and Plaintiffs are permitted to file a reply brief of up to 30 pages. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.