## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE THE BOEING COMPANY AIRCRAFT SECURITIES LITIGATION | Case No. 1:19-cv-02394<br><br>Honorable Young B. Kim |

## AGREED MOTION TO SET THE
## SCHEDULE FOR EXPERT DISCOVERY

Lead Plaintiff Public Employees' Retirement System of Mississippi ("Lead Plaintiff"), additional named plaintiffs the City of Warwick Retirement System, William C. Houser, Bret E. Taggart, and Robert W. Kegley Sr., as Trustee for the Robert W. Kegley Sr. Revocable Living Trust U/A DTD 04/16/2003 (together with Lead Plaintiff, "Plaintiffs"), and Defendants The Boeing Company and Dennis A. Muilenburg (collectively, "Defendants," and together with Plaintiffs, the "Parties"), submit this Agreed Motion to Set the Schedule for Expert Discovery.

On September 18, 2025, the Parties submitted an Agreed Motion to Modify the Schedule for Expert Discovery. ECF No. 467. As stated in that motion, two third-party depositions were subject to pending motions to quash filed by former Boeing employees, and a third deposition was in the process of being scheduled. *Id.* As a result, the Parties requested an extension of the expert discovery schedule to provide "additional time for these [and other] motions and the outstanding fact discovery to be resolved before expert reports are submitted." *Id.* at 2. On September 19, 2025, the Court struck the schedule it had entered on July 22, 2025. *See* ECF No. 470.

On October 31, 2025, the Court denied the two pending motions to quash. *See Jens et al. v. The Boeing Company Aircraft Securities Litigation*, No. 1:25-cv-08280 (N.D. Ill.) (ECF No. 32); *see also Seeks v. The Boeing Company, a Corporation*, No. 1:25-cv-08015 (N.D. Ill.) (ECF No.

40). Since then, Plaintiffs have deposed both Mr. Jens and Mr. Forkner, and the final fact deposition scheduled in this Action is currently set for February 12, 2026. Plaintiffs' Motion to Compel a Revised Privilege Log and the Production of Improperly Withheld and Redacted Documents (*see* ECF Nos. 441, 454) remains pending before the Court, and Plaintiffs' Motion for Class Certification (*see* ECF Nos. 388, 418, 434, 437, 439, 440, 450, 452, 453, 455, 463, 466) remains pending before Judge Valderrama.

Given the above, the Parties jointly request that the Court set new deadlines for expert discovery as proposed below.

| Event | Proposed Deadlines |
|---|---|
| Plaintiffs shall serve opening expert reports | March 5, 2026 |
| Defendants shall serve expert reports | April 30, 2026 |
| Parties to complete expert depositions | June 18, 2026 |

Should the Court grant the proposed deadlines above, the Parties will jointly request that Judge Valderrama extend the deadlines for summary judgment briefing as follows.

| Event | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Parties shall file summary judgment/dispositive motions | February 13, 2026 | July 23, 2026 |
| Parties shall file oppositions to summary judgment motions | April 10, 2026 | September 17, 2026 |
| Parties shall file replies to any summary judgment motions | May 29, 2026 | November 5, 2026 |

## **CONCLUSION**

For these reasons, the Parties jointly request that the Court enter the expert discovery schedule as set forth above.

Dated: January 5, 2026          Respectfully submitted,

*/s/ Salvatore J. Graziano*
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Salvatore J. Graziano (*pro hac vice*)
Katie M. Sinderson (*pro hac vice*)
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Salvatore@blbglaw.com
KatieM@blbglaw.com

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, IL 60601
Telephone: (312) 373-3800
Facsimile: (312) 794-7801
Avi@blbglaw.com

*Lead Counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi and Plaintiff the City of Warwick Retirement System and Lead Counsel for the Class*

**KESSLER TOPAZ MELTZER & CHECK LLP**
Andrew L. Zivitz (*pro hac vice*)
Joshua A. Materese (#314844)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
azivitz@ktmc.com
jmaterese@ktmc.com

*Counsel for Plaintiffs William C. Houser, Bret E. Taggart, and Robert W. Kegley Sr., as Trustee for the Robert W. Kegley Sr. Revocable Living Trust U/A DTD 04/16/2003*

*/s/ John F. Hartmann*
**KIRKLAND & ELLIS LLP**
John F. Hartmann, P.C.
Brenton A. Rogers, P.C.
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
john.hartmann@kirkland.com
brenton.rogers@kirkland.com

Craig S. Primis, P.C. (*pro hac vice*)
Katherine R. Katz, P.C. (*pro hac vice*)
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
cprimis@kirkland.com
katherine.katz@kirkland.com

Kenneth Monroe
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 385-7500
Facsimile: (617) 385-7501
kenneth.monroe@kirkland.com

Brad Masters (*pro hac vice*)
95 South State Street
Salt Lake City, UT 84111
Telephone: (801) 877-8090
brad.masters@kirkland.com

*Counsel for Defendants*

**SULLIVAN & CROMWELL LLP**
Richard C. Pepperman, II (*pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
peppermanr@sullcrom.com

*Counsel for Defendants*