**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE THE BOEING COMPANY AIRCRAFT SECURITIES LITIGATION | Case No. 1:19-cv-02394<br><br>Honorable Franklin U. Valderrama |

**PLAINTIFFS' MOTION FOR LIMITED RECONSIDERATION OF THE COURT'S CLASS CERTIFICATION ORDER**

Lead Plaintiff Public Employees' Retirement System of Mississippi and additional Named Plaintiffs City of Warwick Retirement System, William C. Houser, Bret E. Taggart, and Robert W. Kegley, Sr. (collectively, "Plaintiffs"), hereby respectfully submit this Motion for Limited Reconsideration of the Court's March 16, 2026 Memorandum Opinion and Order.

This Motion is based upon the accompanying Memorandum of Law and Exhibit thereto, the papers and pleadings filed in this action, and such further argument and matters as may be offered at the time of hearing on this Motion, if any.

Dated: March 27, 2026

Respectfully submitted,

*/s/ Salvatore J. Graziano*
**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
Salvatore J. Graziano (admitted *pro hac vice*)
Katie M. Sinderson (admitted *pro hac vice*)
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Salvatore@blbglaw.com
KatieM@blbglaw.com

-and-
Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, IL 60601
Telephone: (312) 373-3800

Facsimile: (312) 794-7801
Avi@blbglaw.com

*Counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi and additional Named Plaintiffs City of Warwick Retirement System and Court-Appointed Class Counsel*

**DAVIDSON BOWIE, PLLC**
John L. Davidson (admitted *pro hac vice*)
1062 Highland Colony Parkway
200 Concourse, Suite 275
Ridgeland, MI 39157
Telephone: (601) 932-0028
jdavidson@dbslawfirm.net

*Additional Counsel for Lead Plaintiff*

**KESSLER TOPAZ
MELTZER & CHECK LLP**
Andrew L. Zivitz (admitted *pro hac vice*)
Joshua A. Materese
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
azivitz@ktmc.com
jmaterese@ktmc.com

*Counsel for Plaintiffs William C. Houser, Bret E. Taggart, and Robert W. Kegley Sr., as Trustee for the Robert W. Kegley Sr. Revocable Living Trust U/A DTD 04/16/2003*

2