# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 7, 2026

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

*Before*

MICHAEL B. BRENNAN, *Chief Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| No. 26-8007 | IN RE: THE BOEING COMPANY AIRCRAFT SECURITIES LITIGATION |
|---|---|

**Originating Case Information:**

District Court No: 1:19-cv-02394
Northern District of Illinois, Eastern Division
District Judge Franklin U. Valderrama

The following are before the court:

1. **DEFENDANTS' PETITION FOR PERMISSION TO APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on March 30, 2026, by counsel for the petitioners.

2. **AMICUS CURIAE BRIEF OF FORMER SEC OFFICIALS AND LAW PROFESSORS IN SUPPORT OF PETITIONERS**, filed on April 7, 2026, by counsel for amicus curiae.

3. **PLAINTIFFS-RESPONDENTS' OPPOSITION TO DEFENDANTS- PETITIONERS' PETITION FOR PERMISSION TO APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on April 14, 2026, by counsel for the respondents.

4. **REPLY IN SUPPORT OF DEFENDANTS' PETITION FOR PERMISSION TO APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on April 22, 2026, by counsel for the petitioners.

**IT IS ORDERED** that the petition for permission to appeal is **GRANTED**. Petitioners shall pay the required docket fees to the clerk of the district court within fourteen days from the entry of this order pursuant to Federal Rule of Appellate Procedure 5(d)(1). Once the district court notifies this court that the fees have been paid, the appeal will be entered on this court's general docket.