**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE THE BOEING COMPANY AIRCRAFT SECURITIES LITIGATION | Case No. 1:19-cv-02394<br><br>The Honorable Franklin U. Valderrama |

## PLAINTIFFS' STATUS REPORT REGARDING DEFENDANTS' APPEAL UNDER RULE 23(f)

Lead Plaintiff Public Employees' Retirement System of Mississippi ("Lead Plaintiff") and additional Plaintiffs the City of Warwick Retirement System ("Warwick"), William C. Houser ("Houser"), Bret E. Taggart ("Taggart"), and Robert W. Kegley, Sr. ("Kegley") (with Lead Plaintiff, "Plaintiffs") respectfully submit this Status Report concerning Defendants' petition to appeal under Rule 23(f).

On May 7, 2026, the United States Court of Appeals for the Seventh Circuit granted permission for Defendants to appeal this Court's Class Certification Order. *See* Dkt. No. 498. Yesterday, the Court of Appeals entered an order noting that "the order appealed from may not yet be an appealable decision," in light of Plaintiffs' pending Motion For Limited Reconsideration before this Court (Dkt. No. 489), because an "appeal filed before the district court issues its ruling on a timely motion under Rule 59 of the Federal Rules of Civil Procedure is ineffective until the order disposing of the motion is entered on the district court's civil docket." *See Pub. Emps.' Ret. Sys. of Mississippi, et al v. Boeing Co., et al.*, No. 26-2018, slip op. at 1 (7th Cir. May 11, 2026) (Dkt. No. 4) (citing *Blair v. Equifax Check Servs., Inc.*, 181 F.3d 832, 837 (7th Cir. 1999); *Florian v. Sequa Corp.*, 294 F.3d 828, 829 (7th Cir. 2002); and *Nutraceutical Corp. v. Lambert*, 586 U.S. 188, 197 (2019)).

The Court of Appeals thus determined that "proceedings in this appeal are SUSPENDED pending the district court's resolution of the motion for reconsideration." *Boeing*, slip op. at 1 (7th Cir. May 11, 2026). The Court of Appeals permitted briefing on this issue by May 26, 2026 and further ordered Defendants to file a status report within seven days of this Court's ruling on the Motion For Limited Reconsideration, or on or shortly before June 11, 2026 (whichever is soonest). The Court of Appeals' order is attached hereto as Exhibit A.

In light of the order from the Court of Appeals, by May 26, 2026, Plaintiffs intend to advise the Court of Appeals that Defendants' appeal may not be ripe (*see Florian*, 294 F.3d at 829) or was otherwise improvidently granted. Plaintiffs' motion for reconsideration remains pending before this Court, and the "ruling might moot the appeal, or create additional appealable issues." *Florian*, 294 F.3d at 830; Dkt. No. 489-1 at 1 ("Plaintiffs understand that Defendants plan to seek Rule 23(f) review of the Order and respectfully submit that consideration of this Motion may bear on that review").

As set forth in Plaintiffs' Motion for Limited Reconsideration of the Court's Class Certification Order (Dkt. Nos. 489, 496), this Court had and considered Dr. Tabak's full damages report (*In re Boeing Co. Aircraft Sec. Litig.*, 2026 WL 734721, at *10 n.6 (N.D. Ill. Mar. 16, 2026)), which describes a complete damages methodology and analysis that is fully consistent with Plaintiffs' liability theory set forth in the Amended Complaint. Dkt. No. 489-1 at 11-13. This fact alone moots Defendants' argument that, *e.g.*, "The District Court Erred By Certifying A Class Without Any Evidence Of An Actual Damages Methodology." Petition to Appeal at 10-20, *In re The Boeing Co. Aircraft Sec. Litig.*, No. 26-8007 (7th Cir. Mar. 30, 2026) (Dkt. No. 1). Moreover, the Court likely will again review Dr. Tabak's full damages report in connection with Plaintiffs'

2

motion for reconsideration further mooting Defendants' *Comcast* arguments that form the key basis for their petition for Rule 23f review. *Id.*

Plaintiffs are available to answer any questions that the Court may have concerning their Motion for Limited Reconsideration or Defendants' Rule 23(f) appeal.

Dated: May 12, 2026

Respectfully submitted,

*/s/ Salvatore J. Graziano*
**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**
Salvatore J. Graziano (*pro hac vice*)
Katie M. Sinderson (*pro hac vice*)
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Salvatore@blbglaw.com
KatieM@blbglaw.com

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, IL 60601
Telephone: (312) 373-3800
Facsimile: (312) 794-7801
Avi@blbglaw.com

*Lead Counsel for Lead Plaintiff Public
Employees' Retirement System of Mississippi
and Plaintiff the City of Warwick Retirement
System and Lead Counsel for the Class*

**KESSLER TOPAZ
MELTZER & CHECK LLP**
Andrew L. Zivitz (admitted *pro hac vice*)
Joshua A. Materese (#314844)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
azivitz@ktmc.com
jmaterese@ktmc.com

*Counsel for Plaintiffs William C. Houser,*
*Bret E. Taggart, and Robert W. Kegley Sr.,*
*as Trustee for the Robert W. Kegley Sr.*
*Revocable Living Trust U/A DTD*
*04/16/2003*