# Exhibit A

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

May 11, 2026

| | |
|---|---|
| No. 26-2018 | IN RE: THE BOEING COMPANY AIRCRAFT SECURITIES LITIGATION<br><br>PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, et al.,<br>　　　　　Plaintiffs - Appellees<br>v.<br><br>BOEING COMPANY and DENNIS MUILENBURG,<br>　　　　　Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:19-cv-02394<br>Northern District of Illinois, Eastern Division<br>District Judge Franklin U. Valderrama | |

A preliminary review of the short record suggests that the order appealed from may not yet be an appealable decision.

An appeal filed before the district court issues its ruling on a timely motion under Rule 59 of the Federal Rules of Civil Procedure is ineffective until the order disposing of the motion is entered on the district court's civil docket. Fed. R. App. P. 4(a)(4). This rule codifies general federal practice regarding motions to reconsider even where the rules themselves do not apply on their own terms. *See Blair v. Equifax Check Servs., Inc.*, 181 F.3d 832, 837 (7th Cir. 1999).

In the present case, plaintiffs filed a motion for reconsideration on March 27, 2026, within 14 days of the order granting class certification on March 16, 2026. This motion may be a timely motion to reconsider that renders this appeal premature, because the district court has not yet disposed of the motion and entered its order on the civil docket. *Florian v. Sequa Corp.*, 294 F.3d 828, 829 (7th Cir. 2002); *see also Nutraceutical Corp. v. Lambert*, 586 U.S. 188, 197 (2019). Accordingly,

**IT IS ORDERED** that proceedings in this appeal are **SUSPENDED** pending the district court's resolution of the motion for reconsideration. If a party contends that this appeal should not be suspended, then that party should file a brief memorandum on or before May 26, 2026, stating why suspension is not appropriate.

**IT IS FURTHER ORDERED** that appellants shall file a status report within seven days of a ruling on the motion for reconsideration, or on or shortly before June 11, 2026, if no order has yet issued.