## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Richard Seeks, et al.

                           Plaintiff,

v.                                              Case No.: 1:19–cv–02394
                                                Honorable Franklin U. Valderrama

Boeing Company, The, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 19, 2026:

    MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed Plaintiffs' second status report regarding Defendants' appeal under Rule 23(f) [507]. Plaintiffs inform the Court that, on 5/18/2026, Plaintiffs filed a brief with the Court of Appeals moving to dismiss Defendants' appeal of the Court's Class Certification Order pending the Court's resolution of Plaintiffs' Motion for Limited Reconsideration. The Court has the Motion for Reconsideration under advisement. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.