**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| | ) |
| | ) |
| | )    Case No. 1:19-cv-02394 |
| | ) |
| IN RE THE BOEING COMPANY | ) |
| AIRCRAFT SECURITIES LITIGATION | ) |
| | )    Hon. Franklin U. Valderrama |
| | ) |
| | ) |
| | ) |

**MOTION TO WITHDRAW ATTORNEY APPEARANCE**

John F. Hartmann moves to withdraw Matthew S. Owen as counsel for Defendants in the above-captioned case and in support states as follows:

1.      On January 21, 2021, Mr. Owen appeared in this case on behalf of Defendants. Dkt. 176.

2.      As of June 5, 2026, Mr. Owen is no longer associated with Kirkland & Ellis LLP.

3.      Defendants will continue to be represented by Kirkland & Ellis LLP and Mr. Owen's withdrawal will not cause any undue delay.

Dated:  June 11, 2026

Respectfully submitted,

*/s/ John F. Hartmann, P.C.*

John F. Hartmann, P.C.
Brenton A. Rogers
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
(312) 862-2000
john.hartmann@kirkland.com
brogers@kirkland.com

Craig S. Primis, P.C. (*pro hac vice*)
Katherine R. Katz (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-5000
cprimis@kirkland.com
katherine.katz@kirkland.com

Kenneth Monroe
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500
kenneth.monroe@kirkland.com

Brad Masters (*pro hac vice*)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, UT 84111
(801) 877-8090
brad.masters@kirkland.com

*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2026, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

/s/ John F. Hartmann, P.C.
John F. Hartmann