**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE THE BOEING COMPANY AIRCRAFT SECURITIES LITIGATION | Case No. 1:19-cv-02394 <br><br> The Honorable Franklin U. Valderrama |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Pursuant to Local Civil Rule 83.17, Lead Plaintiff Public Employees' Retirement System of Mississippi and Named Plaintiff City of Warwick Retirement System (collectively, "Plaintiffs") respectfully request the Court to enter an Order withdrawing the appearance of Michael M. Mathai as counsel for Plaintiffs in the above-captioned action. Mr. Mathai is no longer associated with the firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"). The undersigned counsel of Bernstein Litowitz will continue to serve as counsel of record for Plaintiffs in this action.

Dated: July 20, 2026

Respectfully submitted,

*/s/ Katherine M. Sinderson*
**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**
Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, IL 60601
Telephone: (312) 373-3800
Facsimile: (312) 794-7801
Avi@blbglaw.com

-and-

Salvatore J. Graziano (admitted *pro hac vice*)
Katherine M. Sinderson (admitted *pro hac vice*)
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Salvatore@blbglaw.com
KatieM@blbglaw.com

2

*Lead Counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi and Plaintiff City of Warwick Retirement System, and the Class*

2