**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Richard Seeks, et al.

Plaintiff,

v.

Case No.: 1:19−cv−02394
Honorable Franklin U. Valderrama

Boeing Company, The, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 18, 2026:

MINUTE entry before the Honorable Young B. Kim: Parties' joint motion to stay expert discovery [529] is granted in that the stay remains in place until further order of the court. Parties are to update the court once they are ready to resume expert discovery. In light of this ruling, today's status hearing is cancelled. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.